| | |
|---|---|
| | **United States Bankruptcy Court**<br>**Central District Of California** |
| In re:<br>Leonarda G Aguilar | CHAPTER NO.:  13 |
| | CASE NO.: 1:10–bk–14247–KT |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☑ Verification of Creditor Mailing List. [Local Rule 1007–2(d)]
☑ Summary of Schedules (Form B6). [Local Rule 1002–1(g)]
☑ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002–1(g)]
☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b); Local Rule 1002–1(g)]
☑ Statistical Summary of Certain Liabilities
☑ Debtor's Certification of Employment Income

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

      Chapter 13     1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

      21041 Burbank Blvd, Woodland Hills, CA 91367–6603

If you have any questions, please contact the below–referenced Deputy Clerk:

| | |
|---|---|
| Dated: April 13, 2010 | **KATHLEEN J. CAMPBELL, CLERK OF COURT**<br><br>**By: Rosalyn Toomer**<br>**Deputy Clerk** |