| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Todd J. Roberts, Esq SBN 181945<br>16601 Ventura Blvd.,<br>Fourth Floor<br>Encino, CA 91436<br>Tel. (818) 906.8000<br>Fax. (818) 906.8099<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* DEBTOR | FOR COURT USE ONLY |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>  LEONARDA G. AGUILAR,<br><br><div align="right">Debtor(s).</div> | CHAPTER: 13<br><br>CASE NO.: 1:10-bk-14247 KT<br><br>DATE: 5/6/10<br>TIME:   10:00 am<br>CTRM: 301<br>FLOOR: 3rd |

# NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE
## (with supporting declarations)

(MOVANT): LEONARDA G. AGUILAR, DEBTOR )

1. NOTICE IS HEREBY GIVEN to All Creditors ("Secured Creditor/Lessor"),Trustee (if any), and affected creditors("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the Motion on the grounds set forth in the attached Motion.

2. **Hearing Location:**   ☐ **255 East Temple Street, Los Angeles**   ☐ **411 West Fourth Street, Santa Ana**
   ☒ **21041 Burbank Boulevard, Woodland Hills**   ☐ **1415 State Street, Santa Barbara**
   ☐ **3420 Twelfth Street, Riverside**

3. a. ☐ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b. ☒ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:
      ☐ at the hearing   ☒ at least 3 court days before the hearing.

      (1) ☒ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

      (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court and such motion and order have been or are being served upon the appropriate creditor(s) and trustee, if any.

      (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1M.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 4001-1M.IS**

Motion for Order Imposing a Stay or Continuing the Automatic Stay  *- Page 2 of* ____          **F 4001-1M.IS**

| In re                          (SHORT TITLE) | CHAPTER: 13 |
|---|---|
| LEONARDA G. AGUILAR,                                  Debtor(s). | CASE NO.: 1:10-bk-14247 KT |

5.  If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your
    right to oppose the Motion and may grant the requested relief.

Dated: 4/15/10

Law Offices of Todd J. Roberts
_____
*Print Law Firm Name (if applicable)*

Todd J. Roberts, Esq.
_____          _____
*Print Name of Individual Movant or Attorney for Movant*          *Signature of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                      **F 4001-1M.IS**

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 3 of* ____          **F 4001-1M.IS**

| In re<br>  LEONARDA G. AGUILAR, | (SHORT TITLE) | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: 1:10-bk-14247 KT |

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE
### (MOVANT: LEONARDA G. AGUILAR, DEBTOR                    )

1. **The Property or Debt at Issue:**

   a. ☒ Movant moves for an order imposing a stay with respect to the following property ("this Property" or "the Property") :

   ☐ Vehicle *(describe year, manufacturer, type, and model)*:
   *Vehicle Identification Number:*
   *Location of vehicle (if known):*

   ☐ Equipment *(describe manufacturer, type, and characteristics)*:
   *Serial number(s):*
   *Location (if known):*

   ☐ Other Personal Property *(describe type, identifying information, and location)*:

   ☒ Real Property
   *Street Address:*  13781 Eldridge Avenue
   *Apt./Suite No.:*
   *City,State, Zip Code:*  Sylmar, CA 91342
   Legal description or document recording number(include county of recording):
     ☞ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) Ocwen Loan Servicing_____to secure the sum of approximately $ 990,732.00____ now owed. ("Secured Creditor/Lessor").   Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached.   *(Attach additional sheets as necessary)*

   b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c. ☐ Movant moves for an order **imposing a stay** *as to all creditors*.

   d. ☐ Movant moves for an order **continuing the automatic stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*, and/or

   e. ☒ Movant moves for an order **continuing the automatic stay** *as to all creditors*.

2. **Case History:**

   a. ☒ A voluntary   ☐ An involuntary petition concerning an individual[s] under Chapter   ☐ 7   ☐ 11   ☐ 12   ☒ 13 was filed concerning the present case on *(specify date)*:  4/13/10

   b. ☐ An Order of Conversion to Chapter   ☐ 7   ☐ 11   ☐ 12   ☐ 13 was entered on *(specify date)*:

   c. ☐ Plan was confirmed on *(specify date)*:

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 4001-1M.IS**

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 4 of* ____    **F 4001-1M.IS**

| In re | (SHORT TITLE) | CHAPTER: 13 |
| LEONARDA G. AGUILAR, | Debtor(s). | CASE NO.: 1:10-bk-14247 KT |

d. ☒ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

    1. Case Name: Leonarda G. Aguilar
       Case Number: 1:09-bk-12118 KT   Chapter:
       Date Filed: 2/26/09   Date Dismissed: 4/9/10
       Relief from stay re this property  ☐ was  ☒ was not granted
       Reason for dismissal: Failure to make plan payments.

    2. Case Name:
       Case Number:   Chapter:
       Date Filed:   Date Dismissed:
       Relief from stay re this property  ☐ was  ☐ was not granted
       Reason for dismissal:

       ☐ See attached continuation page

e. ☒ As of the date of this motion the Debtor ☐ has ☒ has not filed a statement of intentions regarding this Property as required under 11 U.S.C.§521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

f. ☒ The first date set for the meeting of creditors under 11 U.S.C.§341(a) is/was 5/26/10 _____ and the court ☐ has ☒ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date (if applicable) is _____.

g. ☐ In a previous case(s), as of the date of dismissal there was ☐ an action by the Secured Creditor/Lessor under 11 U.S.C.§362(d) still pending or ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

  a. 1. Property description/value: 13781 Eldridge Avenue Sylmar, CA   $ 700,000.00
     2. Creditor/Lien amount: Ocwen Loan Servicing   $ 990,732.00
     3. Creditor/Lien amount: _____   $_____
     4. Creditor/Lien amount: _____   $_____
     5. Creditor/Lien amount: _____   $_____
     6. Total Liens   $ 990,732.00
     7. Debtor's Homestead Exemption   $ 22,075.00
     8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)   $ -312,807.00

  b. 1. Property description/value: _____   $_____
     2. Creditor/Lien amount: _____   $_____
     3. Creditor/Lien amount: _____   $_____
     4. Creditor/Lien amount: _____   $_____
     5. Creditor/Lien amount: _____   $_____
     6. Total Liens   $_____
     7. Debtor's Homestead Exemption   $_____
     8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)   $_____

    ☐ See attached continuation page(s)

4. **Grounds for Continuing The Stay:**

  a. ☒ Pursuant to 11 U.S.C.§362(c)(3) the stay should be continued on the following grounds:

    1. ☒ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual debtor which was pending within the year preceding the petition date was dismissed, because:

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*        **F 4001-1M.IS**

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 5 of ____*    **F 4001-1M.IS**

| In re                     (SHORT TITLE) | CHAPTER: 13 |
|---|---|
| LEONARDA G. AGUILAR,                      Debtor(s). | CASE NO.: 1:10-bk-14247 KT |

A. ☐ The prior dismissal was of a case not refiled under Chapter 7 after dismissal under 11 U.S.C. § 707(b);

B. ☒ Good faith is shown because  Please see Debtor's attached declaration.
_____
_____
_____

   ☒ See attached continuation page(s)

2. ☒ The Property is of consequential value or benefit to the estate because:

A. ☐ The fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached (describe separately as to each property);

B. ☒ The Property is necessary to a reorganization for the following reasons:  Debtor's primary residence.
_____
_____

   ☐ See attached continuation page

C. ☒ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection):  Payment of regular post-petition mortgage payments per Local Rules, and prompt repaymnet of all arrears pursuant to debtor's plan of reorganization.  Further, debtor would be amenable to entering into an Adequate protection agreement if deemed appropriate by the court, for the purpose of ensuring immediate payment on senior lien and to avoid any unnecessary legal fees/costs associated with filing a motion for relief.
   ☐ See attached continuation page

3. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);

B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting in dismissal was excusable because such failure was caused by the negligence of debtor's attorney;

C. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting dismissal  was excusable because _____
_____
_____

   ☐ See attached continuation page

D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because ___
_____
_____

   ☐ See attached continuation page

E. ☒ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because _____
   Please See Debtor's attached declartion.
_____

   ☐ See attached continuation page

F. ☒ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:  Please See Debtor's attached declaration
_____. From
this, the Court may conclude that this case, if a case under Chapter 7, will result in a discharge or, if under Chapter 11 or 13, in a confirmed plan that will be fully performed.
   ☐ See attached continuation page

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Motion for Order Imposing a Stay or Continuing the Automatic Stay  - *Page 6 of* ____    **F 4001-1M.IS**

| In re (SHORT TITLE) LEONARDA G. AGUILAR, | | CHAPTER: 13 |
|---|---|---|
| | Debtor(s). | CASE NO.: 1:10-bk-14247 KT |

G. ☐    For the following additional reasons _____

_____

_____

_____

_____

☐ See attached continuation page

4. ☐    The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because _____

_____

_____

☐ See attached continuation page

**5.   Grounds for Imposing a Stay:**

a. ☐    Pursuant to 11 U.S.C. §362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:

1. ☐    The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

2. ☐    The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: _____

_____

_____

☐ See attached continuation page

3. ☐    The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's  proposal for adequate protection): _____

_____

_____

☐ See attached continuation page

b. ☐    The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual debtor pending within the year preceding the petition date were dismissed, because:

1. ☐    The prior dismissal was of a case not refiled under Chapter 7 after dismissal under 11 U.S.C. § 707(b);

2. ☐    Good faith is shown because _____

_____

☐ See attached continuation page

c. ☐    The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

1. ☐    Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11, resulting in the prior dismissal(s) as follows: _____

_____

☐ See attached continuation page

2. ☐    Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting dismissal  was as the result of the negligence of Debtor's attorney;

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Motion for Order Imposing a Stay or Continuing the Automatic Stay  - *Page 7 of* ____          **F 4001-1M.IS**

| In re                                 (SHORT TITLE) | CHAPTER:  13 |
|---|---|
| LEONARDA G. AGUILAR,                          Debtor(s). | CASE NO.:  1:10-bk-14247 KT |

3. ☐  Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because ___

      ☐ See attached continuation page

4. ☐  Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because _____

      ☐ See attached continuation page

5. ☐  There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: _____
                                         (from which the Court may conclude that this case, if a case under Chapter 7, may be concluded with a discharge or, if under Chapter 11 or 13, with a confirmed plan that will be fully performed.
      ☐ See attached continuation page

6. ☐  For the following additional reasons _____

      ☐ See attached continuation page

d. ☐  The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(4)(D)(ii) is overcome in this case because _____

      ☐ See attached continuation page

6. **Evidence in Support of Motion:**   *(Important Note:  Declaration(s) in support of the Motion MUST be attached hereto.)*

a. ☒  Movant submits the attached Declaration(s) on the Court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.

b. ☐  Other Declaration(s) are also attached in support of this Motion.

c. ☐  Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules.  Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____.

d. ☐  Other evidence *(specify)*:

7. ☐  **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following *(specify forms of relief requested)*:**

1. ☒  That the Automatic Stay be continued in effect as to *all creditors* until further order of the court.

2. ☐  That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Motion for Order Imposing a Stay or Continuing the Automatic Stay  - *Page 8 of* ____        **F 4001-1M.IS**

| In re                                              (SHORT TITLE) | CHAPTER:   13 |
|---|---|
| LEONARDA G. AGUILAR,                                 Debtor(s). | CASE NO.: 1:10-bk-14247 KT |

3. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to *all creditors* until further order of the court.

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed  as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by (specify proposed adequate protection) _____
_____
_____

8. ☐ For other relief requested, see attached continuation page.


Dated:   4/15/10                                    Respectfully submitted,


                                                    LEONARDA G. AGUILAR
                                                    _____
                                                    *Movant Name*


                                                    Law Offices of Todd J. Roberts
                                                    _____
                                                    *Firm Name of Attorney for Movant (if applicable)*

                                                    By: _____
                                                        *Signature*

                                                    Name: _____
                                                          Todd J. Roberts
                                                          _____
                                                          *Typed Name of Individual Movant or Attorney for Movant*


## DECLARATION OF MOVANT

I, Todd J. Roberts _____, am the  counsel _____ of Movant. I have read the foregoing motion consisting of _____pages, and the attached materials incorporated therein by reference.  I declare that the foregoing is true and correct to the best of my knowledge.  If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the debtor's account on or near the date of events recorded.  I am one of the custodians of such business records.  Executed this  15  day of April____ , 200__ at Los Angeles, CA____ .


                          _____
                          (Signature of declarant)


_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**DECLARATION OF LEONARDA AGUILAR**

**U.S.B.C. CASE NO.: SV 10-14247 KT**

**I, LEONARDA AGUILAR,** declare:

I know the following facts to be true from my own personal knowledge, except those facts which are stated on information and belief and as to those facts I believe them to be true.  I could and would competently testify under oath to the truthfulness of the following facts:

1.    My name is Leonarda Aguilar and I am the debtor in the herein action,  case no. SV 10-14247 KT.

2.    On February 26, 2009, I filed, for the first time, a voluntary petition under Chapter 13 Case no. SV 09-12118 KT for the primary purpose of reorganizing the default owed against my primary residence located at 13781 Eldridge Avenue, Sylmar, CA (the "subject property") which was in foreclosure at the time.

3.    The first case was dismissed on or about April 9, 2010 for failure to make all the required plan payments, after a plan was confirmed, in no small part due to the fact I was not able to produce as I have been accustomed to in the past as a real estate professional.

4.    It was for this reason, that I decided to accept a full time position working for the State of California.   A true and correct copy of my March, 2010 pay stub is attached hereto and incorporated by reference herein as **Exhibit "A."**

5.    The subject property is a large home situated on 3 acres of land.    Presently, I have no less than 4 additional family members, all siblings, all of whom are employed and reside at the

1    subject property.    They are committed to helping with house hold

2    expenses and maintenance.    All of the foregoing is a change of

3    financial circumstance which I believe will enable us to

4    successfully confirm a plan and timely maintain all payments in the

5    future.

6         6.    Accordingly, I am respectfully requesting that the

7    court continue the automatic stay as to all creditors so that I can

8    successfully complete my Chapter 13 commitment and repay a fair

9    distribution to all creditors.

10        I declare under penalty of perjury under the laws of the

11   United States of America that the foregoing is true and complete to

12   the best of my knowledge.    Executed at Los Angeles, California on

13   this 19th day of April, 2010.

14

15

16                                            Leonarda Aguilar, Debtor

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit "A"

Case 1:10-bk-14247-VK   Doc 9   Filed 04/20/10   Entered 04/20/10 17:57:20   Desc
Main Document    Page 12 of 17

```
STATE OF CALIFORNIA      STATEMENT OF EARNINGS AND DEDUCTIONS        OFFICE OF STATE CONTROLLER
L G AGUILAR                                                                      1522
AGY/UNIT 280-155    PAY PERIOD 03/10              WARRANT NO 02-524404
TAX YEAR 10      ISSUE DATE 04/06/10
TAX STATUS  FED S-01     STATE S-01
              GROSS PAY        TAXABLE GROSS        DEDUCTIONS         NET PAY
CURRENT      2566.08          2339.69             729.89            1836.19
YEAR-TO-DATE 10020.11
EARNINGS     DAYS   HOURS   GROSS    DEDUCTIONS      AMOUNT
REGULAR            176.00  2566.08  FEDERAL TAX     211.47
                                    STATE TAX        49.07
                                    *RETIREMENT     102.65
                                    SOC-SEC         151.43
                                    MEDICARE         35.41
                                    CASDI            28.23
                                    *PERSSELECT     123.74
                                    2 DEDS
                                    *F SAFGUARD       .00
                                    SEIU1000F        27.89
```

```
EMPLOYER CONTRIBUTIONS (current and adjustments)
SOC SEC   HLTH/FLEX MEDICARE
151.43    802.58    35.41
```

| | 3/10 BEGIN BAL | CREDIT | USED | MISC | 4/10 BEGIN |
|---|---|---|---|---|---|
| VACATION | 49.00 | 7.00 | 0.00 | 0.00 | 56.00 |
| SICK LV | 32.00 | 8.00 | 0.00 | 0.00 | 40.00 |
| PH | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 UNITS |
| FURLOUGH | 43.00 | 24.00 | 8.00 | 0.00 | 59.00 |

NATIONAL CRIME VICTIMS' RIGHTS WEEK IS APRIL 18-24, 2010. THE
THEME IS "CRIME VICTIMS' RIGHTS:FAIRNESS.DIGNITY.RESPECT." FOR
VICTIM COMPENSATION, CALL 1-800-777-9229 OR WWW.CALVCP.CA.GOV

SIGN-UP FOR THE STATE'S GROUP LEGAL PLAN BY APRIL 30, 2010.

APRIL IS FAIR HOUSING MONTH.  CALIFORNIA'S FAIR HOUSING LAWS
PROVIDE THE RIGHT TO EQUAL ACCESS IN HOUSING FOR ALL
CALIFORNIANS.  FOR MORE INFO LOG ONTO WWW.DFEH.CA.GOV

CD 39 (Rev 08/00)  1 Year-to-date gross on final earnings statement may not agree with W-2.
                   * Amounts which affect taxable gross

*debtor's pay stub*

DEPARTMENT OF WATER AND POWER
DIRECT DEPOSIT ADVICE

#000580

000632

STATEMENT OF EARNINGS, ALLOWANCES, AND DEDUCTIONS
RETAIN THIS STATEMENT FOR YOUR RECORDS

PERIOD ENDING 03-28-10

5-32   4476 42

| ROLL | SEC. | EMP. NO. | NAME | SUBJ. TO WITHHOLDING | GROSS EARNINGS | TOTAL DED. | NET PAY |
|---|---|---|---|---|---|---|---|
| 09 | 04 | 008890 | VICENTE D AGUILAR | 2637.89 | 2842.85 | 929.34 | 1913.51 |

| EARNINGS | HRS. | AMOUNT | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|
| REGULAR | 80.0 | 2775.20 | RETIREMENT PLA | 169.50 |
| OT @ 1 1/2X | 1.3 | 67.65 | IBEW DUE CODE | 72.00 |
| | | | FSA MEDICAL EX | 38.46 |
| | | | FSA ADMIN FEE | 2.15 |
| | | | ACEBSA | 41.45 |

AMOUNT IN FICA BOX IS MEDICARE A TAX

VACATION ACCRUED AS OF: 03-28

HRS. MIN. 224-40

|  | YEAR TO DATE EARNINGS |
|---|---|
| GROSS | SUBJECT TO WITHHOLDING |
| 24851.75 | 23417.03 |

WITHHOLDING TAXES

| | FEDERAL | STATE | FICA |
|---|---|---|---|
| | 407.00 | 158.12 | 40.66 |
| YEAR TO DATE | 4088.83 | 1443.18 | 356.43 |

*I 8/4 Contribution in Cash*

MARSHAK MEDICAL MSO, INC.
Eldridge Services

| Date | Type | Reference | | |
|---|---|---|---|---|
| 3/8/2010 | Bill | | 3/10/2010 | |

| Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|
| 830.00 | 830.00 | | 830.00 |
| | | | 830.00 |

Check Amount

2288

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Law Offices of Todd Roberts, 16601 VENTURA BLVD., 4TH FLOOR, ENCINO, CA 91436

A true and correct copy of the foregoing document described **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE (WITH SUPPORTING DECLARATIONS)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____4/20/10____ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Todd J. Roberts on behalf of Debtor: Livier422@earthlink.net
United States Trustee: ustpregion16.wh.ecf@usdoj.gov
Elizabeth Rojas, Chapter 13 Trustee: cacb_ecf_sv@ch13wla.com

☐   Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __4/20/10__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED MAILING MATRIX

■   Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/20/10 | LIVIER MEJIA | |
|---|---|---|
| Date | Type Name | Signature |

Leonarda G Aguilar
13781 Eldridge Avenue
Sylmar, CA 91342


Todd J. Roberts
Law Offices of Todd J. Roberts
16601 Ventura Blvd. Fourth Floor
Encino, CA 91436


Aztec Foreclosure Corporation
3300 N. Central Avenue, Suite 2200
Phoenix, AZ 85012


Aztec Foreclosure Corporation
3300 N. Central Avenue, Suite 2200
APN#2503-010-029
Phoenix, AZ 85012


Bank of America, NA
475 CrossPoint Pkway
P.O. Box 9000
Getzville, NY 14068


CACH LLC
1101 Capital of Texas Highway
Building K, Suite 150
Austin, TX 78746


Caine And Weiner
21210 Erwin Street
Woodland Hills, CA 91367


California Credit Union
P.O. BOX 29100
Glendale, CA 91209

Countrywide
P.O. BOX 10287
Van Nuys, CA 91410


Credit Protection Association
P.O. Box 7813
Baldwin Park, CA 91706


Elizabeth Rojas
Chapter 13 Trustee
15060 Ventura Blvd., Ste#240
Sherman Oaks, CA 91403


Franchise Tax Board
Attention: Bankruptcy
P.O. BOX 2952
Sacramento, CA 95812


Herbert P. Sears Collection Agency
PO box 1231
Bakersfield, CA 93303


houser & Allison APC
Attorneys for Ocwen Loan Servicing
9970 Research Drive
Irvine, CA 92618


Internal Revenue Service
Mail Stop 5021
300 N. Los Angeles Street
Los Angeles, CA 90012


Mervyn's
Retailer National Bank
P.O. BOX 960013
Orlando, FL 32896-0013

Ocwen Loan Servicing
P.O. BOX 6440
Carol Stream, IL 60197-6440


Ocwen Loan Servicing
P.O. BOX 785063
Orlando, FL 32878


Pacific Gas & Electricity



Portfolio Recovery
120 Corporate Blvd., #1
Norfolk, VA 23502


Progressive Management Systen
1521 W. Cameron Ave., Fl. 1
West Covina, CA 91790


WFNNB-The Avenue
P.O. BOX 659584
San Antonio, TX 78265