Leonarda G Aguilar
13781 Eldridge Avenue
Sylmar, CA 91342


Todd J. Roberts
Law Offices of Todd J. Roberts
16601 Ventura Blvd. Fourth Floor
Encino, CA 91436


Aztec Foreclosure Corporation
3300 N. Central Avenue, Suite 2200
Phoenix, AZ 85012


Aztec Foreclosure Corporation
3300 N. Central Avenue, Suite 2200
APN#2503-010-029
Phoenix, AZ 85012


Bank of America, NA
475 CrossPoint Pkway
P.O. Box 9000
Getzville, NY 14068


CACH LLC
1101 Capital of Texas Highway
Building K, Suite 150
Austin, TX 78746


Caine And Weiner
21210 Erwin Street
Woodland Hills, CA 91367


California Credit Union
P.O. BOX 29100
Glendale, CA 91209

Countrywide
P.O. BOX 10287
Van Nuys, CA 91410


Credit Protection Association
P.O. Box 7813
Baldwin Park, CA 91706


Elizabeth Rojas
Chapter 13 Trustee
15060 Ventura Blvd., Ste#240
Sherman Oaks, CA 91403


Franchise Tax Board
Attention: Bankruptcy
P.O. BOX 2952
Sacramento, CA 95812


Herbert P. Sears Collection Agency
PO box 1231
Bakersfield, CA 93303


houser & Allison APC
Attorneys for Ocwen Loan Servicing
9970 Research Drive
Irvine, CA 92618


Internal Revenue Service
Mail Stop 5021
300 N. Los Angeles Street
Los Angeles, CA 90012


Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA 90211

Mervyn's
Retailer National Bank
P.O. BOX 960013
Orlando, FL 32896-0013


Ocwen Loan Servicing
P.O. BOX 6440
Carol Stream, IL 60197-6440


Ocwen Loan Servicing
P.O. BOX 785063
Orlando, FL 32878


Pacific Gas & Electricity
P.O Box 11265
New York, NY 10286


Portfolio Recovery
120 Corporate Blvd., #1
Norfolk, VA 23502


Progressive Management Systen
1521 W. Cameron Ave., Fl. 1
West Covina, CA 91790


WFNNB-The Avenue
P.O. BOX 659584
San Antonio, TX 78265