| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Todd J. Roberts**<br>**Law Offices of Todd J. Roberts**<br>**16601 Ventura Blvd. Fourth Floor**<br>**Encino, CA 91436**<br>**818 906-8000 Fax: 818 906-8099**<br>California State Bar Number: **181945**<br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER |
|---|---|
| In re<br><br>  Leonarda G Aguilar<br><br>                                                      Debtor(s). | **DECLARATION RE PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS**[1]<br>**(PRECONFIRMATION)**<br>Confirmation Hearing set for: |

*In a joint case, each debtor must file a separate form. This declaration must be filed with the court and served on the Chapter 13 trustee not later than 10 days before the meeting of creditors pursuant to 11 U.S.C. § 341(a). Further declarations on the status of the Debtor's domestic support obligations must be filed on or before the date of <u>each hearing</u> on confirmation of the Debtor's plan. Check the appropriate boxes.*

I, __Leonarda G Aguilar__ (Debtor's name), hereby declare:

☐ As of the date of this declaration, I have paid all amounts that are required to be paid under a domestic support obligation that first became payable after the date of the filing of the petition.

☐ No domestic support obligations will come due between the date of this declaration and the date set for hearing on confirmation of my plan set forth above.

☐ As of the date of this declaration, I have NOT paid all amounts that are required to be paid under a domestic support obligation that first became payable after the date of the filing of the petition.

☒ I do not owe any domestic support obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/13/10

_Leonarda G Aguilar_
Leonarda G Aguilar
*Debtor*

---

[1] The term "domestic support obligation" is defined in 11 U.S.C. § 101(14A).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2005
Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

**F 3015-1.8**
Best Case Bankruptcy