Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 2 of 8*    **F 4001-10.IS**

| | |
|---|---|
| In re:<br><br>LEONARDA G. AGUILAR, <br><br>Debtor. | CHAPTER: 13<br>CASE NUMBER: 1:10-bk-14247 KT<br><br>**FILED & ENTERED**<br>**MAY 10 2010**<br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY harraway DEPUTY CLERK |

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number<br><br>Todd J. Roberts, Esq. SBN 181945<br>LAW OFFICES OF TODD J. ROBERTS<br>16601 Ventura Boulevard<br>Fourth Floor<br>Encino, CA 91436<br>Tel. (818) 906.8000<br>Fax (818) 906.8099<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>LEONARDA G. AGUILAR,<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NO.: 1:10-bk-14247 KT<br><br>DATE:  5/6/10<br>TIME:  10:00 A.M.<br>CTRM:  301<br>FLOOR: 3rd |

## PROPOSED ORDER GRANTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY
### (MOVANT:  LEONARDA G. AGUILAR  )

1. The Motion was:  ☐ Contested    ☒ Uncontested    ☐ Settled by Stipulation

2. The Motion affects the following personal property ("Property"):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

    > Vehicle Identification Number:
    > Location of vehicle (if known):

    ☐ Equipment *(describe manufacturer, type, and characteristics)*:

    > Serial numbers(s):
    > Location (if known):

    ☐ Other Personal Property *(describe type, identifying information, and location)*:

    ☒ Real Property:
    *Street Address: 13781 Elridge Avenue*
    *Apt/Suite No.:*
    *City, State, Zip Code: Sylmar, CA 91342*

    Legal description or document recording number (including county of recording):

    ☐ See attached page.

3. The Motion is granted on the grounds that:

    a.  ☒ The present case was filed in good faith.

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 3 of 8*      **F 4001-10.IS**

| In re:  LEONARDA G. AGUILAR,  Debtor. | CHAPTER  13  CASE NUMBER  1:10-bk-14247 KT |
|---|---|

b. ☐ The Property is of consequential value or benefit to the estate.

c. ☒ The presumption of bad faith under 11 U.S.C.§362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.

d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is

a. ☐ Imposed *as to all creditors* until further order of the court.

b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

d. ☒ Continued *as to all creditors* until further order of the court.

e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay shall be imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

6. ☐ See attached continuation page for additional provisions.

###

DATED: May 10, 2010

*Kathleen Thompson*

United States Bankruptcy Judge

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 4 of 8*    **F 4001-10.IS**

| In re:  LEONARDA G. AGUILAR,  Debtor. | CHAPTER 13  CASE NUMBER 1:10-bk-14247 KT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

16601 Ventura Boulevard, Fourth Floor Encino, CA 91436

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR ORDER CONTINUING THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On_____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On___5/6/2010_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED SERVICE LIST

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

***SERVED VIA ATTORNEY MESSENGER SERVICE:***
**CHAMBERS COURTESY COPY**
Honorable Kathleen Thompson
21041 Burbank Blvd., Bin on 1st Floor outside entry to Clerk's Office
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/6/2010 | Livier Mejia | /s/ Livier Mejia |
|---|---|---|
| Date | Type Name | Signature |

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 5 of 8*    **F 4001-10.IS**

| In re:  LEONARDA G. AGUILAR,                    Debtor. | CHAPTER   13 |
|---|---|
| | CASE NUMBER  1:10-bk-14247 KT |

Attached Service List

**DEBTOR**
Leonarda G. Aguilar
13781 Eldridge Avenue
Sylmar, CA 91342

**DEBTOR'S ATTORNEY**
Todd J. Roberts
Offices of Todd J. Roberts
16601 Ventura Blvd., Fourth Floor,
Encino, CA 91436

**CHAPTER 13 TRUSTEE**
Elizabeth F. Rojas
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403

**UNITED STATES TRUSTEE**
Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**HOLDER OF SECURITY INTEREST IN VEHICLE**
California Credit Union
P.O. Box 29100
Glendora, CA 91209

**FIRST DEED OF TRUST HOLDER**
Ocwen Loan Servicing
P.O. Box 6440
Carol Stream, IL 60197-6440

Aztec Foreclosure Corporation
3300 N. Central Avenue, Suite 2200
Phoenix, AZ 85012

Aztec Foreclosure Corporation
3300 N. Central Avenue, Suite 2200
APN#2503-010-029
Phoenix, AZ 85012

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 6 of 8*    **F 4001-10.IS**

| In re: | | CHAPTER  13 |
| LEONARDA G. AGUILAR, | Debtor. | CASE NUMBER  1:10-bk-14247 KT |

Bank of America, NA
475 CrossPoint Pkway
P.O. Box 9000
Getzville, NY 14068

CACH LLC
1101 Capital of Texas Highway
Building K, Suite 150
Austin, TX 78746

Caine And Weiner
21210 Erwin Street
Woodland Hills, CA 91367

California Credit Union
P.O. BOX 29100
Glendale, CA 91209

Countrywide
P.O. BOX 10287
Van Nuys, CA 91410

Credit Protection Association
P.O. Box 7813
Baldwin Park, CA 91706

Franchise Tax Board
Attention: Bankruptcy
P.O. BOX 2952
Sacramento, CA 95812

Herbert P. Sears Collection Agency
PO box 1231
Bakersfield, CA 93303

Houser & Allison APC
Attorneys for Ocwen Loan Servicing
9970 Research Drive
Irvine, CA 92618

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 7 of 8*    **F 4001-10.IS**

| In re:  LEONARDA G. AGUILAR, | Debtor. | CHAPTER  13 |
| --- | --- | --- |
| | | CASE NUMBER  1:10-bk-14247 KT |

Internal Revenue Service
Mail Stop 5021
300 N. Los Angeles Street
Los Angeles, CA 90012

Marshack Medical MSO
8447 Wilshire Blvd., Suite 202
Beverly Hills, CA 90211

Mervyn's
Retailer National Bank
P.O. BOX 960013
Orlando, FL 32896-0013

Ocwen Loan Servicing
P.O. BOX 6440
Carol Stream, IL 60197-6440

Ocwen Loan Servicing
P.O. BOX 785063
Orlando, FL 32878

Pacific Gas & Electricity
P.O Box 11265
New York, NY 10286

Portfolio Recovery
120 Corporate Blvd., #1
Norfolk, VA 23502

Progressive Management Systen
1521 W. Cameron Ave., Fl. 1
West Covina, CA 91790

WFNNB-The Avenue
P.O. BOX 659584
San Antonio, TX 78265

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 8 of 8*    **F 4001-10.IS**

| In re:  LEONARDA G. AGUILAR,  Debtor. | CHAPTER  13  CASE NUMBER  1:10-bk-14247 KT |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY WITH ADEQUATE PROTECTION ATTACHMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____5/6/2010_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Elizabeth Rojas: cacb_ecf_sv@ch13wla.com
Todd J. Roberts:  Livier422@earthlink.net
United States Trustee: ustpregion16.wh.ecf@usdoj.gov

☐  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

SEE ATTACHED MAILING LIST

☒  Service information continued on attached page

Order Granting Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 9 of 8*    **F 4001-10.IS**

| In re: | CHAPTER 13 |
| LEONARDA G. AGUILAR, | |
| Debtor. | CASE NUMBER 1:10-bk-14247 KT |

ATTACHED MAILING LIST:

**DEBTOR**
Leonarda G. Aguilar
13781 Eldridge Avenue
Sylmar, CA 91342

**DEBTOR'S ATTORNEY**
Todd J. Roberts
Offices of Todd J. Roberts
16601 Ventura Blvd., Fourth Floor,
Encino, CA 91436

***SERVED VIA FIRST CLASS MAIL:***

**CHAPTER 13 TRUSTEE**
Elizabeth F. Rojas
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403

**UNITED STATES TRUSTEE**
Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

**HOLDER OF SECURITY INTEREST IN VEHICLE**
California Credit Union
P.O. Box 29100
Glendora, CA 91209

**FIRST DEED OF TRUST HOLDER**
Ocwen Loan Servicing
P.O. Box 6440
Carol Stream, IL 60197-6440

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: admin          Page 1 of 1          Date Rcvd: May 10, 2010
Case: 10-14247                Form ID: pdf034      Total Noticed: 4

The following entities were noticed by first class mail on May 12, 2010.
db          +Leonarda G Aguilar,   13781 Eldridge Avenue,   Sylmar, CA 91342-1764
aty         +Todd J Roberts,   16601 Ventura Blvd 4th Fl,   Encino, CA 91436-1921
tr          +Elizabeth (SV) F Rojas,   Noble Professional Center,   15060 Ventura Blvd., Suite 240,
              Sherman Oaks, CA 91403-2436
ust         +United States Trustee (SV),   21051 Warner Center Lane, Suite 115,
              Woodland Hills, CA 91367-6550

The following entities were noticed by electronic transmission.
NONE.                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2010                    Signature:     _Joseph Speetjens_