LOCATION MAP

| Client: Todd Roberts | | File No.: Eldridge 13781 GTR |
|---|---|---|
| Property Address: 13781 Eldridge Ave | | Case No.: |
| City: Sylmar | State: CA | Zip: 91342-1764 |



"A-10"

California Real Estate Appraisal Team Executives

| Client: | Todd Roberts | | File No.: | Eldridge_13781_GTR |
|---|---|---|---|---|
| Property Address: | 13781 Eldridge Ave | | Case No.: | |
| City: Sylmar | | State: CA | Zip: 91342-1764 | |

Location Map with:
- Subject: 13781 Eldridge Ave, Sylmar, CA 91342-1764
- Comparable Sale 1: 13881 Eldridge Ave, Sylmar, CA 91342-1706 (0.06 miles NW)
- Comparable Sale 2: 14944 Cobalt St, Sylmar, CA 91342-2037 (1.62 miles WSW)
- Comparable Sale 3: 15436 Roxford St, Sylmar, CA 91342-1281 (2.19 miles WSW)

A-11

PLAT MAP

| Client: Todd Roberts | File No.: Eldridge_13781_GTR |
|---|---|
| Property Address: 13781 Eldridge Ave | Case No.: |
| City: Sylmar | State: CA | Zip: 91342-1764 |



"A-12"



"A-13"


Subject Front View


Subject Rear View


Subject Street Scene


Sales Comp. 1


Sales Comp. 2


Sales Comp. 3


Location Map


Extra Map


Plat Map


Flood Map

"A-14"

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16601 VENTURA BLVD., 4TH FLOOR, ENCINO, CA 91436

A true and correct copy of the foregoing document described **NOTICE OF DEBTOR'S MOTION AND MOTION FOR VALUATION OF SECURITY; DETERMINATION OF SECURED STATUS AND AVOIDANCE OF LIEN AND MODIFICATION OF RIGHTS OF JUNIOR LIEN HOLDER, BANK OF AMERICA, N.A., ITS ASSIGNEES, TRANSFEREES AND/OR SUCCESSOR(S) IN INTEREST, (11 U.S.C. §§506(a) (d) AND 1322 (b); FRBP 3012); MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATIONS OF DEBTOR, LEONARDA AGUILAR AND CALIFONRIA LICENSED REAL ESTATE APPRAISER, SHAHRAM FAHIMDEJBAN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __06/10/2010__ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Elizabeth Rojas: cacb_ecf_sv@ch13wla.com
Todd J. Roberts on behalf of Debtor: Livier422@earthlink.net
United States Trustee: ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __06/10/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    SEE ATTACHED MAILING MATRIX

■ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __6/10/2010__ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**SERVED BY PERSONAL DELIVERY**
United States Bankruptcy Court
Honorable Judge Kathleen Thompson
21041 Burbank Boulevard, Suite 305
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/10/2010 | LIVIER MEJIA | *(signature)* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

## ATTACHMENT TO PROOF OF SERVICE MAILING MATRIX

**DEBTOR**
Leonarda G. Aguilar
13781 Eldridge Avenue
Sylmar, CA  91342

**ATTORNEY FOR DEBTORS**
Law Offices of Todd J. Roberts
Todd J. Roberts, Esq.
16601 Ventura Blvd. 4th Floor
Encino, CA 91436

**CHAPTER 13 TRUSTEE**
*Served via email*

**UNITED STATES TRUSTEE**
*Served via email*

**RESPONDENT, BANK OF AMERICA, N.A., (2ND TD-JUNIOR LIEN HOLDER)**
BAC Home Loans Servicing, LP
Attn: Bankruptcy Department
P.O. Box 10287
Van Nuys, CA 91410

Bank of America, N.A.
Attn: Bankruptcy Department
475 Cross Point Parkway
P.O. Box # 9000.
Getzville, NY 14068-0000

**OFFICER OF RESPONDENT, BANK OF AMERICA, N.A.**
Bank of America, N.A.
Office of the President
Attn: Officer or Managing or Serving Agent
101 S Tyron Street
Charlotte, NC 28255

**AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS FOR RESPONDENT**
CT Corporation Systems, for Bank of America, N.A.
818 West Seventh Street
Los Angeles, CA 90017

**OCWEN LOAN SERVICING, N.A., (1st TD LIEN HOLDER)**
BAC Home Loans Servicing, LP
Attn: Bankruptcy Department
P.O. Box 10219
Van Nuys, CA 91410