| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Todd J. Roberts, Esq. SBN 181945<br>Law Offices of Todd J. Roberts<br>16601 Ventura Blvd., Fourth Floor<br>Encino, CA 91436<br><br>Tel: 818.906.8000<br>Fax: 818.906.8099<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for: Debtor* | **FILED & ENTERED**<br><br>**JUL 13 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY harraway DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: Lupe Aguilar,<br><br><br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NO.: 1:10-bk-14247 KT<br><br>DATE:  7/6/2010<br>TIME:  9:00 A.M<br>CTRM: 301<br>FLOOR: 3rd |
|---|---|

## ORDER ON MOTION TO AVOID JUNIOR LIEN ON REAL PROPERTY
## (CREDITOR HOLDING JUNIOR LIEN: <u>Bank of America, N.A.</u>)

1. The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"):

    *Street Address:*             13781 Eldridge Avenue
    *Apartment/Suite No.:*
    *City, State, Zip Code:*      Sylmar, CA 91342

    Legal description or document recording number (including county of recording):

    **The Maclay Rancho NW 172.87 FT of SE 1037.23 FT of NE 630 FT (EX of ST) Assessor's Parcel # 2503-010-029.**

    ☐ See attached page.

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

    a.    <u>Ocwen Loan Servicing</u>  in the amount of  <u>$990,732.00</u>  ☐ is  ☒ is not  to be avoided;
          (*Name of holder of 1st Lien*)                  (*Amount of lien*)
    b.    <u>Bank of America, N.A.</u>  in the amount of  <u>$119,969.76</u>  ☒ is  ☐ is not  to be avoided;
          (*Name of holder of 2nd Lien*)                  (*Amount of lien*)
    c.    <u>n/a</u>  in the amount of  ____  ☐ is  ☐ is not  to be avoided;
          (*Name of holder of 3rd Lien*)                  (*Amount of lien*)

    ☐ See attached page for any additional encumbrance(s).

4. The motion is:
    a.    ☐ DENIED  ☐ with  ☐ without  prejudice, on the following grounds:
          1.    ☐ Based upon the findings and conclusions made on the record at the hearing
          2.    ☐ Unexcused non-appearance by Movant

Order On Motion to Avoid Junior Lien on Real Property - *Page 2 of* ____

| In re    (SHORT TITLE) | CHAPTER: 13 |
|---|---|
| Leonarda Aguilar                                                    Debtor(s). | CASE NO.: 1:10-bk-14247 KT |

        3. ☐ Lack of proper service
        4. ☐ Lack of evidence supporting motion
        5. ☐ Other (specify):
b. ☒ GRANTED on the following terms:
   i. The Subject Property is valued at no more than __$575,000.00__ based on adequate evidence.

   ii. This order is effective upon receipt of a chapter 13 discharge in this case.

   iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

   iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

   v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.  The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order.

   vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon the Debtor's completion of the chapter 13 plan and the Debtor's receipt of a chapter 13 discharge.

   vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, if the Debtor completes the chapter 13 plan but does not receive a discharge, or if the Subject Property is sold or refinanced prior to the Debtor's receipt of chapter 13 discharge.

   viii. In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the surplus proceeds from the foreclosure sale for the full amount due and owing under the note and deed of trust.

   ix. ☐ See attached continuation page for additional provisions.
                              ###

DATED: July 13, 2010

*Kathleen Thompson*
United States Bankruptcy Judge

Order On Motion to Avoid Junior Lien on Real Property - *Page 3 of* ____

| In re    (SHORT TITLE) | | CHAPTER: 13 |
|---|---|---|
| Leonarda Aguilar | Debtor(s). | CASE NO.: 1:10-bk-14247 KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

16601 Ventura Blvd., Fourth Floor, Encino, CA 91436.

A true and correct copy of the foregoing document described **ORDER ON MOTION TO AVOID JUNIOR LIEN ON REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ 7/12/2010 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

SEE ATTACHED MAILING LIST

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on___7/12/10_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

*VIA ATTORNEY MESSENGER SERVICE:*
**CHAMBERS COURTESY COPY**
Honorable Kathleen Thompson
21041 Burbank Blvd., Bin on 1st Floor outside entry to Clerk's Office
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/11/2010 | LIVIER MEJIA | /s/ Livier Mejia |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Order On Motion to Avoid Junior Lien on Real Property - *Page 4 of* ____

| In re     (SHORT TITLE) Leonarda Aguilar | Debtor(s). | CHAPTER: 13 CASE NO.: 1:10-bk-14247 KT |
|---|---|---|

## ATTACHMENT TO PROOF OF SERVICE MAILING MATRIX

**DEBTOR**
Leonarda G. Aguilar
13781 Eldridge Avenue
Sylmar, CA  91342

**ATTORNEY FOR DEBTORS**
Law Offices of Todd J. Roberts
Todd J. Roberts, Esq.
16601 Ventura Blvd. 4th Floor
Encino, CA 91436

**CHAPTER 13 TRUSTEE**
*Served via email*

**UNITED STATES TRUSTEE**
*Served via email*

**RESPONDENT, BANK OF AMERICA, N.A., (2ND TD-JUNIOR LIEN HOLDER)**
BAC Home Loans Servicing, LP
Attn: Bankruptcy Department
P.O. Box 10287
Van Nuys, CA 91410

Bank of America, N.A.
Attn: Bankruptcy Department
475 Cross Point Parkway
P.O. Box # 9000.
Getzville, NY 14068-0000

**OFFICER OF RESPONDENT, BANK OF AMERICA, N.A.**
Bank of America, N.A.
Office of the President
Attn: Officer or Managing or Serving Agent
101 S Tyron Street
Charlotte, NC 28255

**AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS FOR RESPONDENT**
CT Corporation Systems, for Bank of America, N.A.
818 West Seventh Street
Los Angeles, CA 90017

**OCWEN LOAN SERVICING, N.A., (1st TD LIEN HOLDER)**
BAC Home Loans Servicing, LP
Attn: Bankruptcy Department
P.O. Box 10219
Van Nuys, CA 91410

4

Order On Motion to Avoid Junior Lien on Real Property - *Page 5 of* ____

| In re    (SHORT TITLE)<br>Leonarda Aguilar                                    Debtor(s). | CHAPTER: 13 |
| --- | --- |
| | CASE NO.: 1:10-bk-14247 KT |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____ **ORDER ON MOTION TO AVOID JUNIOR LIEN ON REAL PROPERTY**_____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____6/11/10_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Todd J. Roberts on behalf of Debtor: Livier422@earthlink.net
United States Trustee: ustpregion16.wh.ecf@usdoj.gov
Elizabeth Rojas: cacb_ecf_sv@ch13wla.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

SEE ATTACHED MAILING LIST

☒ Service information continued on attached page

Order On Motion to Avoid Junior Lien on Real Property - *Page 6 of* ____

| In re    (SHORT TITLE)<br>Leonarda Aguilar                                      Debtor(s). | CHAPTER: 13<br>CASE NO.: 1:10-bk-14247 KT |
|---|---|

# ATTACHMENT TO PROOF OF SERVICE MAILING MATRIX

**DEBTOR**

Leonarda G. Aguilar
13781 Eldridge Avenue
Sylmar, CA  91342

**ATTORNEY FOR DEBTORS**

Law Offices of Todd J. Roberts
Todd J. Roberts, Esq.
16601 Ventura Blvd. 4th Floor
Encino, CA 91436

**CHAPTER 13 TRUSTEE**

*Served via email*

**UNITED STATES TRUSTEE**

*Served via email*

**RESPONDENT, BANK OF AMERICA, N.A., (2ND TD-JUNIOR LIEN HOLDER)**

BAC Home Loans Servicing, LP
Attn: Bankruptcy Department
P.O. Box 10287
Van Nuys, CA 91410

Bank of America, N.A.
Attn: Bankruptcy Department
475 Cross Point Parkway
P.O. Box # 9000.
Getzville, NY 14068-0000

**OFFICER OF RESPONDENT, BANK OF AMERICA, N.A.**

Bank of America, N.A.
Office of the President
Attn: Officer or Managing or Serving Agent
101 S Tyron Street
Charlotte, NC 28255

**AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS FOR RESPONDENT**

CT Corporation Systems, for Bank of America, N.A.
818 West Seventh Street
Los Angeles, CA 90017

**OCWEN LOAN SERVICING, N.A., (1st TD LIEN HOLDER)**

BAC Home Loans Servicing, LP
Attn: Bankruptcy Department
P.O. Box 10219
Van Nuys, CA 91410

Order On Motion to Avoid Junior Lien on Real Property - *Page 7 of* ____

| In re    (SHORT TITLE)<br>Leonarda Aguilar | Debtor(s). | CHAPTER: 13<br>CASE NO.: 1:10-bk-14247 KT |
|---|---|---|

7