| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Todd J. Roberts**<br>**Law Offices of Todd J. Roberts**<br>**16601 Ventura Blvd. Fourth Floor**<br>**Encino, CA 91436**<br>**818 906-8000 Fax: 818 906-8099**<br>California State Bar Number: **181945**<br><br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER **1:10-bk-14247** |
|---|---|
| In re<br><br>    Leonarda G Aguilar<br><br><div align="right">Debtor(s).</div> | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, **Leonarda G Aguilar** *(Debtor's name)*, hereby declare:

1.   I am the debtor in this chapter 13 bankruptcy case that was filed on **April 13, 2010**.

2.   I am the owner of real property[1] at the following street address:

    **13781 Eldrigde Ave., Sylmar, CA 91342**

    (the "Property").

3.   The Property is encumbered by the following deeds of trust:

    a.   First deed of trust in favor of **Ocwen Loan Services**.

    b.   Second deed of trust in favor of ____ *(if applicable)*.

    c.   Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1]A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*

**F 3015-1.4**

Local Bankruptcy Rule 3015-1(m) - Page 2 of 5

| In re | | CHAPTER **13** |
|---|---|---|
| **Leonarda G Aguilar** | Debtor(s). | CASE NUMBER **1:10-bk-14247** |

4.  The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| | $8,162.00 | 7/1/2010 | 9/7/2010 |
| **Ocwen Loan Services** | $8,000.00 | 8/1/2010 | 9/7/2010 |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| Creditor | | | |
| | | | |
| | | | |
| | | | |
| | | | |

5.  The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 3015-1.4**

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*                **F 3015-1.4**

*Local Bankruptcy Rule 3015-1(m) - Page 3 of 5*

| In re<br>    **Leonarda G Aguilar**<br><br>Debtor(s). | CHAPTER **13**<br><br>CASE NUMBER **1:10-bk-14247** |
| --- | --- |

6.  Attached to this declaration are copies of the:

    ☐ cashier's checks,    ☒ money orders,    ☐ certified funds, or

    ☐ other proof of the Payments described in Paragraph 4 above.

7.  Also attached to this declaration are copies of the:

    ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

    ☐ acknowledgment(s) signed by the Creditor's representative, or

    ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

    I declare under penalty of perjury that the foregoing is true and correct.

Date  **September 7, 2010**                Signature

                                                   Leonarda G Aguilar
                                                 Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                        **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

# DECLARATION OF TODD J. ROBERTS

**I, Todd J. Roberts,** declare:

I know the following facts to be true from my personal knowledge, except those facts which are stated on information and belief and as to those facts I believe the to be true. I could and would competently testify under oath to the truthfulness of the following facts:

1.  I am the attorney of record in the instant case.

2.  On September 7, 2010, I received the mortgage payments on behalf of my client.

3.  On September 7, 2010, I mailed the mortgage payments to Ocwen Loan Servcing  in the sum of $16,162.00.  These  payments are intended for the months of July, 2010 and August, 2010 post-petition mortgage payments.

I declare under penalty of perjury under the laws of the United States of America that the foregoing in true and complete to the best of my knowledge.

Executed at Los Angeles, California, on this 7th day of September, 2010.

_____

Todd J. Roberts
Attorney for debtor









**UNITED STATES POSTAL SERVICE**

**POSTAL MONEY ORDER**

Serial Number
18116395514

Year, Month, Day   Post Office   U.S. Dollars and Cents
2010-08-31   91342   $1000.00

Amount   ONE THOUSAND DOLLARS & 00¢   *******************

Clerk
0003

Pay to   Ocwen Loan Servicing

Address
Loan #

Memo   002009 1252

From   Leonarda G. Aguilar
Address   13781 Eldridge Ave
Sylmar, CA 91342

© 2008 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆00000800 2⑈   18116395514⑈

---

**UNITED STATES POSTAL SERVICE**

**POSTAL MONEY ORDER**

Serial Number
18116390755

Year, Month, Day   Post Office   U.S. Dollars and Cents
2010-08-21   91342   $1000.00

Amount   ONE THOUSAND DOLLARS & 00¢   *******************

Clerk
0002

Pay to   Ocwen Loan Servicing

Address
Loan #

Memo   002009 1252

From   Leonarda G. Aguilar
Address   13781 Eldridge Ave
Sylmar, CA 91342

© 2008 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆00000800 2⑈   18116390755⑈

---

**UNITED STATES POSTAL SERVICE**

**POSTAL MONEY ORDER**

Serial Number
17543394584

Year, Month, Day   Post Office   U.S. Dollars and Cents
2010-08-02   91330   $1000.00

Amount   ONE THOUSAND DOLLARS & 00¢   *******************

Clerk
0012

Ocwen Loan Servicing

Address
Loan #

Memo   002009 1252

From   Leonarda G. Aguilar
Address   13781 Eldridge Ave
Sylmar, CA 91342

© 2008 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑆00000800 2⑈   17543394584⑈



*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*    **F 3015-1.4**

*Local Bankruptcy Rule 3015-1(m) - Page 4 of 5*

| In re<br><br>    **Leonarda G Aguilar**<br><br>Debtor(s). | CHAPTER **13**<br><br>CASE NUMBER **1:10-bk-14247** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
  **16601 Ventura Blvd., 4th Floor, Encino, CA 91436**

A true and correct copy of the foregoing document described as   **DECLARATION SETTING FORTH POSTPETITION PRECONFIRMATION DEED OF TRUST PAYMENTS**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **9/7/2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 7, 2010 | Livier Mejia | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*      **F 3015-1.4**

*Local Bankruptcy Rule 3015-1(m) - Page 5 of 5*

| In re<br><br>    **Leonarda G Aguilar** <div style="text-align:right">Debtor(s).</div> | CHAPTER **13**<br><br>CASE NUMBER **1:10-bk-14247** |
| --- | --- |

## ADDITIONAL SERVICE INFORMATION (if needed):

Leonarda Aguilar
13781 Eldridge Ave.
Sylmar, CA 91342

Elizabeth F. Rojas
Chapter 13 Trustee
15060 Ventura Blvd. #240
Sherman Oaks, CA 91403

Ocwen Loan Services
P.O. Box 785063
Orlando, FL 32878

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 3015-1.4**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy