| Attorney or Party Name, Address, Telephone & FAX No., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Elizabeth F. Rojas<br>Chapter 13 Trustee<br>15060 Ventura Blvd, Suite 240<br>Sherman Oaks, CA 91403<br>Tel. (818) 933-5700<br>Fax (818) 933-5755<br><br>*Chapter 13 Trustee* | **FILED & ENTERED**<br><br>OCT 04 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY harraway DEPUTY CLERK** |

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br>    LEONARDA G AGUILAR<br><br><br><br><br>                                                Debtor(s). | CASE NO.: **SV10-14247-KT**<br><br>CHAPTER: 13<br><br>**ORDER CONFIRMING**<br>**CHAPTER 13 PLAN**<br><br>DATE:          September 07, 2010<br>TIME:          10:00 am<br>COURTROOM: Courtroom 301<br>PLACE:         21041 Burbank Blvd.<br>                    Woodland Hills, CA 91367 |

The Chapter 13 Plan or last amended plan, if any (the "Plan") of debtor(s), was filed on <u>April 26, 2010</u>.

The Plan was served on the creditors pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure.  The debtor (s) appeared and was/were examined at a meeting conducted pursuant to 11 U.S.C. § 341(a). The court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

The Plan is hereby confirmed, with the following provisions:

1.  Plan Payments:

    a.  **[X]**  The amount of each monthly plan payment is <u>$1,825.00</u>.  The due date is the <u>13th</u> day of each month for <u>60</u> months. The Plan provides for the payment of <u>0.00</u>% of allowed claims for general unsecured creditors.

    b.  [ ]  The amount of each monthly plan payment is $_____ for months _____.  For months _____, the monthly plan payment is $_____.  The due date is _____ day of each month.  The Plan  provides for the payment of _____% of allowed claims for general unsecured creditors.

2.  Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to the post -petition defaults by the debtor(s).

3.  Other provisions:

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*April 2010* | Page 1 | **F 3015-1.21.ORDER**

a. [X]  This is a base plan with the debtor(s) paying at least $1,825.00 of disposable income into the Plan.  The debtor(s) shall submit statements of income on an annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%.  The Trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the debtor(s) or the claims have been paid in full without further notice or order from the court.

b. [X]  The Trustee is authorized to make payment to holders of secured claims based on the plan.  However, a filed claim will control the amount owed the creditor, unless an objection is filed, whether that amount is more or less than the amount provided by the Plan.

c. [X]  Counsel for debtor(s) is awarded fees of $4,500.00; having previously received $0.00 , counsel is entitled to payment of $4,500.00 from the estate.

d. [X]  Additional provisions incorporated in this Order:
   1. Debtor(s) must pay the base plan amount or the percentage to unsecured creditors, whichever is greater.
   2. In addition to the monthly plan payments, tax refunds received during the term of the plan are pledged to the plan.
   3. The plan is modified to comply with the requirements of the court's approved plan form.
   4. Debtor(s) reserve the right to object to any claim notwithstanding any plan interlineations.

e. [X]  Interlineations:

DATED: October 4, 2010

*Kathleen Thompson*
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*April 2010*                                                           Page 2                                                       **F 3015-1.21.ORDER**