Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA  91403
Telephone:  (818) 933-5700
Facsimile:   (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO. SV10-14247-VK |
| Leonarda G Aguilar | |
| | **TRUSTEE'S NOTICE OF MOTION AND MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING** |
| | **(11 U.S.C. - 1307 (C))** |
| DEBTOR | |

   Please take notice that the Trustee herein moves for an order dismissing this proceeding on or after February 11, 2011 based on the review of the records of the Trustee, the Debtor's delinquency amounts to $8,765.00.  In addition, Debtor must pay any subsequent plan payment that comes due after the date of this notice.  A motion to modify/suspend plan payments is not responsive to this motion.  This motion is based on the following grounds:  Material default by the Debtor with respect to the term of the confirmed plan by failing to make payments according to the plan (11 U.S.C. 1307 (C) (6)).  Delinquent plan payments must be mailed to:  CHAPTER 13 TRUSTEE, PO BOX 512566, LOS ANGELES, CA 90051-0566.

   This motion may be granted without a hearing pursuant to 11 U.S.C. 102(1) and Local Bankruptcy Rule 9013-1(g). Any party of interest who wishes to oppose the motion must obtain a hearing date from the courtroom deputy and must serve and file opposition papers on the trustee within fourteen (14) days of the date of service hereof, pursuant to local bankruptcy rule 9013-1(7). Failure to comply with these provisions will result in the dismissal of the case.

DATED: January 24, 2011

_____
Elizabeth Rojas
Chapter 13 Standing Trustee

## PROOF OF SERVICE

1

2    I declare that I am the duly appointed, qualified and acting Chapter 13 Standing Trustee in this case. I declare under penalty of perjury that the foregoing is true and correct to the best of my information and
3    belief. Executed at Sherman Oaks, California, on January 24, 2011.

4

5    _Elizabeth F Rojas_ (signature)

6    Elizabeth Rojas, Trustee

7    I declare under penalty of perjury that I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee. That I am a citizen of the U.S., that I am over the age of 18 years of age, that I am not a party to
8    the above action and that on January 24, 2011 I mailed and/or electronic copies were served to:

9

10   Leonarda G Aguilar                          TODD J ROBERTS & ASSOCIATES
     13781 Eldridge Avenue                       16601 VENTURA BLVD
11   Sylmar, CA  91342                           4TH FLOOR
                                                 ENCINO, CA  91436

12

13   Executed at Sherman Oaks, California on January 24, 2011.

14

15   _Gisele Dorsey_ (signature)

16   Gisele Dorsey

Page 1 - Case No. 10-14247-KT