Todd J. Roberts, Esq. SBN 181945
LAW OFFICES OF TODD J. ROBERTS
16601 Ventura Boulevard
Fourth Floor
Encino, CA 91436
Tel. (818) 906.8000
Fax (818) 906.8099

Attorney for Debtor/Movant

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERANDO VALLEY DIVISION

| In re: | ) | Chapter 13 |
|---|---|---|
| Leonarda G. Aguilar, | ) | Case No. SV 10-14247 VK |
| | ) | |
| | ) | NOTICE OF OPPOSITION AND NOTICE |
| | ) | OF HEARING ON OPPOSITION TO |
| | ) | TRUSTEE'S MOTION TO DISMISS DUE |
| | ) | TO DELINQUENT PLAN PAYMENTS; |
| Debtor/Movant. | ) | DECLARATION OF TODD J. ROBERTS |
| | ) | IN SUPPORT THEREOF. |
| | ) | |
| | ) | DATE:   April 1, 2011 |
| | ) | TIME:   11:00 A.M. |
| | ) | PLACE:  Courtroom 301 |
| | ) |         21041 Burbank Blvd., |
| | ) |         Woodland Hills, CA 91367 |

TO: **THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, ELIZABETH ROJAS, CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the Debtor, by and through counsel, Todd J. Roberts, hereby opposes the Trustee's motion to dismiss filed herein on the grounds that the debtor will cure the alleged delinquency on or before the date of the above-captioned hearing, or, in the

i

---

NOTICE OF OPPOSITION AND OPPOSITION TO TRUSTEE'S MOTION TO
DISMISS DUE TO DELINQUENT PLAN PAYMENTS.

alternative, counsel will serve and file an appropriate motion to modify debtor's confirmed chapter 13 plan and suspend sufficient payments to resolve the delinquency issue.

This opposition is based upon the attached declaration of counsel for the debtors', the case file, and other such evidence as may be presented at the time of hearing.

**WHEREFORE,** the undersigned prays that the Trustee's Motion to Dismiss be denied.

Dated:        February 11, 2011                    Respectfully Submitted,

                                                      Law Offices of Todd J. Roberts

                                                      By: _____
                                                          Todd J. Roberts
                                                          Attorney for Debtor

**NOTICE OF OPPOSITION AND OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO DELINQUENT PLAN PAYMENTS.**

# DECLARATION OF TODD J. ROBERTS

## U.S.B.C. CASE NO.: SV 10-14247 VK

**I, TODD J. ROBERTS,** declare:

I know the following facts to be true from my own personal knowledge, except those facts which are stated on information and belief, and as to those facts, I believe them to be true. I could and would competently testify under oath to the truthfulness of the following facts:

1.  On or about January 26, 2011, I was notified via email of the document entitled Trustee's Motion to Dismiss due to plan payment delinquency.

2.  On or before the hearing, the debtor expects to resolve the delinquency issue by tendering a full or partial cure and, if necessary, I will file a motion to modify the confirmed Chapter 13 plan to suspend sufficient payments to resolve the delinquency issue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and complete to the best of my knowledge. Executed in Encino, California on this 11th day of February, 2011.

_____
Todd J. Roberts
Attorney at Law

iii

**DECLARATION OF ATTORNEY TODD J. ROBERTS IN SUPPORT OF DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS.**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law Offices of Todd Roberts,16601 VENTURA BLVD., 4TH FLOOR, ENCINO, CA 91436

A true and correct copy of the foregoing document described **NOTICE OF OPPOSITION AND NOTICE OF HEARING ON OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO DELINQUENT PLAN PAYMENTS; AND DECLARATIONS OF DEBTOR'S ATTORNEY TODD J. ROBERTS, IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___2/11/2011___ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Elizabeth Rojas Trustee:  cacb_ecf@ch13wla.com
Todd J. Roberts on behalf of Debtor:  Livier422@earthlink.net
United States Trustee: ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___2/11/2011___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Leonarda G. Aguilar                    Elizabeth Rojas, Ch 13 Trustee
13781 Eldridge Avenue                  15060 Ventura Blvd., Suite 240
Sylmar, CA 91342                       Sherman Oaks, CA  91403

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 2/11/2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Honorable Judge Victoria Kaufman
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/11/2011 | LIVIER MEJIA | /s/ |
|---|---|---|
| Date | Type Name | Signature |