LAW OFFICE OF TODD J. ROBERTS
Todd J. Roberts SBN 181945
16601 Ventura Boulevard
Encino, CA 91436
Tel. (818) 906-8000
Fax (818) 906-8099

Attorney for Debtor/Movant

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

Chapter 13

In re ) Case No. 1:10-bk-14247 VK
)
LEONARDA G. AGUILAR, )
) ***AMENDED*** HEARING NOTICE ON
) OPPOSITION TO TRUSTEE'S MOTION
) TO DISMISS DUE TO DELINQUENT
) PLAN PAYMENTS.
)
)
Debtor. ) **NEW HEARING DATE**
)
_____) **NEW** DATE:    April 5, 2011
TIME:    11:00 A.M.
PLACE:   Courtroom 301
         21041 Burbank Blvd.
         Woodland Hills, CA

TO: THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, ELIZABETH ROJAS, CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that the hearing date on the Debtor's opposition to Trustee's Motion to Dismiss has been **changed from April 1, 2011 to April 5, 2011.**

The contents of Debtor's original opposition served on February 11, 2011 and filed on February 14, 2011, has not changed in any respect.

1  Dated:      March 23, 2011            RESPECTFULLY SUBMITTED,

2                                        Law Offices of Todd J. Roberts

4                                        By: _____
                                             Todd J. Roberts
5                                            Attorney for Debtor

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Law Offices of Todd Roberts, 16601 VENTURA BLVD., 4TH FLOOR, ENCINO, CA 91436

A true and correct copy of the foregoing document described **AMENDED HEARING NOTICE ON OPPOSITION TO TRUSTEE'S MOTION TO DISMISS DUE TO DELINQUENT PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___3/23/2011___ checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Elizabeth Rojas Trustee: cacb_ecf@ch13wla.com
Todd J. Roberts on behalf of Debtor: Livier422@earthlink.net
United States Trustee: ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On ___3/23/2011___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Leonarda G. Aguilar
13781 Eldridge Avenue
Sylmar, CA 91342

Elizabeth Rojas, Ch 13 Trustee
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/23/2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge Victoria Kaufman
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/23/2011 | LIVIER MEJIA | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |