UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION
ELIZABETH F. ROJAS, CHAPTER 13 TRUSTEE

| TO: | Clerk of the Court<br>21041 Burbank Blvd.<br>Woodland Hills, CA  91367-1367 | DATE:<br>CASE NO.:<br>BAR DATE:<br>% TO UNSEC: | 03/28/2011<br>10-14247-VK<br>07/26/2010<br>0.00% |
|---|---|---|---|

## AMENDED NOTICE OF INTENT TO PAY CLAIMS

IN THE MATTER OF:  Leonarda G Aguilar, 13781 Eldridge Avenue, Sylmar, CA  91342

NOTICE IS HEREBY GIVEN TO DEBTOR AND, IF ANY, COUNSEL FOR DEBTOR THAT THE TRUSTEE INTENDS TO PAY ALL CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS AN OBJECTION IS PROPERLY FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS NOTICE.

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0000 | Leonarda G Aguilar | 13781 Eldridge Avenue<br>Sylmar, CA  91342 | | $0.00 | $0.00 | 0.00 | UNSPECIFIED CLASS |
| 0000 | TODD J ROBERTS & ASSOCIATES | 16601 VENTURA BLVD<br>4TH FLOOR<br>ENCINO, CA  91436 | | $4,500.00 | $4,500.00 | 0.00 | UNSPECIFIED CLASS |
| 0001 | Ocwen Loan Servicing<br>ACCT# 0020091252 | P.O. Box 6440<br>Carol Stream, IL  60197-6440 | | $0.00 | $0.00 | 0.00 | RESIDENCE |
| 0002 | California Credit Union<br>ACCT# 3718550 | P.O. Box 29100<br>Glendale, CA  91209 | | $4,283.00 | $0.00 | 5.00 | SECURED |
| 0003 | CALIFORNIA CREDIT UNION<br>ACCT# 0031 | 701 NORTH BRAND BOULEVARD, 7TH FLOOR<br>LEGAL DEPARTMENT<br>GLENDALE, CA  91203 | 04/29/2010 | NO CLAIM FILED | $4,185.52 | 0.00 | UNSECURED |
| 0004 | Franchise Tax Board<br>ACCT# 1108043254 | Bankruptcy Section MS A340<br>POB 2952<br>Sacramento, CA  95812-2952 | 05/27/2010 | $0.00 | $4,479.90 | 0.00 | SECURED |
| 0005 | Franchise Tax Board<br>ACCT# 1108043254 | Bankruptcy Section MS A340<br>POB 2952<br>Sacramento, CA  95812-2952 | 05/27/2010 | $3,100.00 | $3,321.09 | 0.00 | PRIORITY |
| 0006 | Franchise Tax Board<br>ACCT# 1108043254 | Bankruptcy Section MS A340<br>POB 2952<br>Sacramento, CA  95812-2952 | 05/27/2010 | $0.00 | $830.28 | 0.00 | UNSECURED |
| 0007 | INTERNAL REVENUE SERVICE<br>ACCT# 1522 | P O BOX 21125<br>STOP N781<br>PHILADELPHIA, PA  19114 | 04/29/2010 | $5,100.00 | $19,878.67 | 0.00 | PRIORITY |
| 0008 | INTERNAL REVENUE SERVICE<br>ACCT# 1522'05 | P O BOX 21125<br>STOP N781<br>PHILADELPHIA, PA  19114 | 04/29/2010 | NO CLAIM FILED | $3,161.24 | 0.00 | UNSECURED |
| 0009 | BANK OF AMERICA NA<br>ACCT# 9998 | 475 CROSSPOINT PKWY<br>PO BOX 9000<br>GETZVILLE, NY  14068 | | NO CLAIM FILED | $119,969.76 | 0.00 | UNSECURED |
| 0010 | CACH LLC<br>ACCT# 3143 | 1101 Capital of Texas Highway<br>Building K, Suite 150<br>Austin, TX  78746 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0011 | Caine And Weiner<br>ACCT# 4523 | 21210 Erwin Street<br>Woodland Hills, CA  91367 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |

AMENDED NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

| CLM NO. | CREDITOR (S) | ADDRESS | DATE CLAIM FILED | SCHEDULED BY DEBTOR | CLAIM BY CREDITOR | INTEREST RATE | CREDITOR CLASS |
|---|---|---|---|---|---|---|---|
| 0012 | Credit Protection Association ACCT# 3016 | P.O. Box 7813 Baldwin Park, CA  91706 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0013 | Herbert P. Sears Collection Agency ACCT# 4370 | PO box 1231 Bakersfield, CA  93303 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0014 | MARSHACK MEDICAL MSO ACCT# 001 | 8447 WILSHIRE BLVD SUITE 202 BEVERLY HILLS, CA  90211 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0015 | Recovery Management Systems Corporation ACCT# 6004 | For GE Money Bank dba MERVYN'S 25 SE 2nd Ave Ste 1120 Miami, FL  33131 | 08/16/2010 | $114.00 | $114.71 | 0.00 | UNSECURED |
| 0016 | Pacific Gas & Electricity ACCT# 4006 | PO Box 11265 New York, NY  10286 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0017 | Pacific Gas & Electricity ACCT# 3566 | PO Box 11265 New York, NY  10286 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0018 | PRA Receivables Management LLC As Agent Of ACCT# 8452 | Portfolio Recovery Associates LLC POB 12914 Norfolk, VA  23541 | 05/05/2010 | $6,504.00 | $6,209.58 | 0.00 | UNSECURED |
| 0019 | Progressive Management Systen ACCT# 3355 | 1521 W. Cameron Ave., Fl. 1 West Covina, CA  91790 | | NO CLAIM FILED | $0.00 | 0.00 | UNSECURED |
| 0020 | ASSET ACCEPTANCE LLC ACCT# 8797 | P O BOX 2036 WARREN, MI  48090-2036 | 06/25/2010 | $489.00 | $575.50 | 0.00 | UNSECURED |

|  |  |
|---|---|
| TOTAL PRIORITY: | $27,699.76 |
| TOTAL SECURED: | $4,479.90 |
| TOTAL UNSECURED: | $135,046.59 |
| TOTAL ALL CLAIMS: | $167,226.25 |

AMENDED NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

### * * * EXAMINE THE STATUS OF THE FOLLOWING CLAIM(S) CAREFULLY * * *

| | | | |
|---|---|---|---|
| 0003 | CALIFORNIA CREDIT UNION<br>ACCT# 0031 | 701 NORTH BRAND BOULEVARD,<br>7TH FLOOR<br>LEGAL DEPARTMENT<br>GLENDALE, CA  91203 | NO CLAIM FILED |
| 0008 | INTERNAL REVENUE<br>SERVICE<br>ACCT# 1522'05 | P O BOX 21125<br>STOP N781<br>PHILADELPHIA, PA  19114 | NO CLAIM FILED |
| 0009 | BANK OF AMERICA NA<br>ACCT# 9998 | 475 CROSSPOINT PKWAY<br>PO BOX 9000<br>GETZVILLE, NY  14068 | NO CLAIM FILED |
| 0010 | CACH LLC<br>ACCT# 3143 | 1101 Capital of Texas Highway<br>Building K, Suite 150<br>Austin, TX  78746 | NO CLAIM FILED |
| 0011 | Caine And Weiner<br>ACCT# 4523 | 21210 Erwin Street<br>Woodland Hills, CA  91367 | NO CLAIM FILED |
| 0012 | Credit Protection Association<br>ACCT# 3016 | P.O. Box 7813<br>Baldwin Park, CA  91706 | NO CLAIM FILED |
| 0013 | Herbert P. Sears Collection<br>Agency<br>ACCT# 4370 | PO box 1231<br>Bakersfield, CA  93303 | NO CLAIM FILED |
| 0014 | MARSHACK MEDICAL MSO<br>ACCT# 001 | 8447 WILSHIRE BLVD SUITE 202<br>BEVERLY HILLS, CA  90211 | NO CLAIM FILED |
| 0016 | Pacific Gas & Electricity<br>ACCT# 4006 | PO Box 11265<br>New York, NY  10286 | NO CLAIM FILED |
| 0017 | Pacific Gas & Electricity<br>ACCT# 3566 | PO Box 11265<br>New York, NY  10286 | NO CLAIM FILED |
| 0019 | Progressive Management Systen<br>ACCT# 3355 | 1521 W. Cameron Ave., Fl. 1<br>West Covina, CA  91790 | NO CLAIM FILED |

DATED: April 01, 2011

*Elizabeth F Rojas*

Elizabeth Rojas, Trustee

AMENDED NOTICE OF INTENT TO PAY CLAIMS - CONTINUED

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd ., Suite 240, Sherman Oaks, CA  91403, and that on April 01 , 2011, I mailed and/or electronic copies were served to:

Leonarda G Aguilar
13781 Eldridge Avenue
Sylmar, CA  91342

TODD J ROBERTS & ASSOCIATES
16601 VENTURA BLVD
4TH FLOOR
ENCINO, CA  91436

Clerk of the Court
21041 Burbank Blvd.
Woodland Hills, CA  91367-1367

Executed at Sherman Oaks, California on March 28 , 2011.

Ellen Heery
Claims Administrator