**United States Bankruptcy Court**
**Central District Of California**

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM MOTION TO DISMISS CHAPTER 13 [11 U.S.C. § 1307]

**DEBTOR INFORMATION:**
Leonarda G Aguilar

**BANKRUPTCY NO.**  1:10–bk–14247–VK

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**  xxx–xx–1522
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 6/6/11

**Address:**
13781 Eldridge Avenue
Sylmar, CA 91342

Pursuant to the court's findings and conclusions at the hearing on the motion to dismiss in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and
(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: June 6, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13d VAN–153) Rev. 03/09

**38 – 33 / PGN**