Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



FILED
OCT 28 2011

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

To:        CLERK, U.S. BANKRUPTCY COURT

Re:        UNDISTRIBUTED FUNDS

Debtor:    Leonarda G Aguilar
           13781 Eldridge Avenue
           Sylmar, CA 91342

Case No.:  SV10-14247-VK

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

Payee:                                              Amount:

Leonarda G. Aguilar                                 $ 13.33
13781 Eldridge Ave.
Sylmar, CA 91342


Dated: October 25, 2011                    _____
                                           Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

CLK US BANKRUPTCY CT

Check No.: 0841377
Check Date: 10/20/2011
Check Amt: 13.33

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1014247 | Claim #: 00000 | Leonarda G Aguilar | | 0.00 | 0.00 | 13.33 | 13.33 |
| | | TOTALS | | 0.00 | 0.00 | 13.33 | 13.33 |

THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

Aguilar, Leonarda G

Case No: 1014247

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

PAY ONLY 

| CHECK DATE | CHECK NO. |
|---|---|
| Oct 20, 2011 | 0841377 |

CHECK AMOUNT

$**********13.33

VOID AFTER 60 DAYS

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $13.33

*Elizabeth F Rojas* (signature)

THIS DOCUMENT IS ALTERATION PROTECTED AND CONTAINS FLUORESCENT FIBERS UNDER UV LIGHT

⑆0841377⑆ ⑈122044300⑈ 001⑉111690⑊