Elizabeth Rojas, Chapter 13 Trustee
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA  91403
Telephone:   (818) 933-5700
Facsimile:    (818) 933-5755

**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE:<br>   Leonarda G Aguilar<br>   13781 Eldridge Avenue<br>   Sylmar, CA  91342<br><br>                 DEBTOR | CHAPTER 13<br>CASE NO. SV10-14247-VK<br><br>**NOTICE OF INTENT TO FILE TRUSTEE'S FINAL REPORT AND ACCOUNT, OBTAIN DISCHARGE OF TRUSTEE, AND CLOSE THE CASE** |

TO:   THE ABOVE NAMED DEBTOR, THE UNITED STATES TRUSTEE FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND ALL OTHER PARTIES IN INTEREST:

   NOTICE IS HEREBY GIVEN  that the Chapter 13 Trustee in the above-captioned case, whose name and address is set forth in the upper left-hand portion of this Notice, intends to file a Final Report & Account;  and

   NOTICE IS HEREBY GIVEN  that in the event no objection is filed within thirty (30) days after the date of this Notice, the Court will discharge the Trustee and close the case (see Bankruptcy 11 U.S.C. § 350 (a) and Rule 5009, F.R.B.P.);  and

   NOTICE IS FUTHER GIVEN that any objection together with a notice setting forth the date, time, and location of the hearing on the objection, shall be filed with this Court and served upon the Chapter 13 Trustee at the address set forth above, upon the Debtor, Debtor's attorney, if any, and upon the Office of the United States Trustee.

DATED:  December 14, 2011

*Elizabeth F Rojas*
Elizabeth Rojas
Chapter 13 Standing Trustee

PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen and not a party to the within action; that I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, and that on <u>December 14, 2011</u> I mailed and/or electronic copies were served to:

| | |
|---|---|
| Leonarda G Aguilar<br>13781 Eldridge Avenue<br>Sylmar, CA 91342 | TODD J ROBERTS & ASSOCIATES<br>16601 VENTURA BLVD<br>4TH FLOOR<br>ENCINO, CA 91436 |
| United States Trustee (SV)<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367 | 16601 Ventura Blvd 4th Fl\|Encino, CA 91436<br>Encino, CA 91436 |
| ASSET ACCEPTANCE LLC<br>P O BOX 2036<br>WARREN, MI 48090-2036 | Aztec Foreclosure Corporation<br>3300 N. Central Avenue, Suite 2200<br>APN#2503-010-029<br>Phoenix, AZ 85012 |
| Aztec Foreclosure Corporation<br>3300 N. Central Avenue, Suite 2200<br>Phoenix, AZ 85012 | BANK OF AMERICA NA<br>475 CROSSPOINT PKWAY<br>PO BOX 9000<br>GETZVILLE, NY 14068 |
| CACH LLC<br>1101 Capital of Texas Highway<br>Building K, Suite 150<br>Austin, TX 78746 | Caine And Weiner<br>21210 Erwin Street<br>Woodland Hills, CA 91367 |
| California Credit Union<br>P.O. Box 29100<br>Glendale, CA 91209 | CALIFORNIA CREDIT UNION<br>701 NORTH BRAND BOULEVARD, 7TH FLOOR<br>LEGAL DEPARTMENT<br>GLENDALE, CA 91203 |
| Countrywide<br>P.O. Box 10287<br>Van Nuys, CA 91410 | Credit Protection Association<br>P.O. Box 7813<br>Baldwin Park, CA 91706 |
| Elizabeth (SV) F Rojas<br>Noble Professional Center<br>15060 Ventura Blvd., Suite 240<br>Sherman Oaks, CA 91403 | Elizabeth Rojas<br>Chapter 13 Trustee<br>15060 Ventura Blvd., Ste#240<br>Sherman Oaks, CA 91403 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>POB 2952<br>Sacramento, CA 95812-2952 | Herbert P. Sears Collection Agency<br>PO box 1231<br>Bakersfield, CA 93303 |
| HOUSER AND ALLISON APC<br>ATTORNEYS FOR OCWEN LOAN SERVICING<br>9970 RESEARCH DRIVE<br>IRVINE, CA 92618 | Internal Revenue Service<br>Mail Stop 5021<br>300 N. Los Angeles Street<br>Los Angeles, CA 90012 |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Johana Diaz - Paralegal<br>Legal Department<br>701 N Brand Blvd. 7th Fl<br>Glendale, CA 91203 |
| MARSHACK MEDICAL MSO<br>8447 WILSHIRE BLVD SUITE 202<br>BEVERLY HILLS, CA 90211 | Ocwen Loan Servicing<br>P.O. Box 6440<br>Carol Stream, IL 60197-6440 |

| | |
|---|---|
| Ocwen Loan Servicing<br>P.O. BOX 785063<br>Orlando, FL  32878 | Pacific Gas & Electricity<br>PO Box 11265<br>New York, NY  10286 |
| PRA Receivables Management LLC As Agent Of<br>Portfolio Recovery Associates LLC<br>POB 12914<br>Norfolk, VA  23541 | PRA Receivables Management, Llc<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Capital One Bank<br>POB 41067<br>NORFOLK, VA  23541 |
| Progressive Management Systen<br>1521 W. Cameron Ave., Fl. 1<br>West Covina, CA  91790 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba MERVYN'S<br>25 SE 2nd Ave Ste 1120<br>Miami, FL  33131 |
| Todd J Roberts<br>16601 Ventura Blvd 4th Fl<br>Encino, CA  91436 | |

Executed at Sherman Oaks California on December 14, 2011