Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA  91403
Telephone:   (818) 933-5700
Facsimile:    (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:                                                    )    CHAPTER 13
                                                          )    CASE NO. SV10-14247-VK
Leonarda G Aguilar                                        )
                                                          )    **DECLARATION RE NON-RECEIPT OF**
                                                          )    **OBJECTIONS TO TRUSTEE'S NOTICE**
                                                          )    **OF INTENT TO FILE FINAL REPORT &**
                                                          )    **ACCOUNT**
                                                          )
                                                          )
                                                          )
_____ DEBTOR     )

   On December 14, 2011, this office served upon the interested parties "Notice of Intent to File Trustee's Final Report & Account"  This office has not yet received any objection(s) to the Trustee's Final Report and Account within the time period permitted by Rule 5009, or at all.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on January 19, 2012 at Sherman Oaks, California.


DATED: 1/19/2012                                    _____
                                                    Elizabeth Rojas
                                                    Chapter 13 Standing Trustee

Page 1 - Case No. SV10-14247-VK